IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER- ) <br> HOOD OF TEAMSTERS HEALTH AND ) <br> WELFARE FUND, *et al*., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH KING, II., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 12 C 5494 <br><br> JUDGE JOHN A. NORDBERG |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE FUND, *et al.*, by their attorneys, and move for entry of judgment by default against Defendant, JOSEPH KING, II, in the total amount of $36,631.13, plus Plaintiffs' costs of action.

On July 19, 2012, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to Johnette Smith, a co-habitant), at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 9, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of August 2012:

    Mr. Joseph King, II
    1323 Dodge
    Evanston, IL  60201


            /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\705w\Subro\King, Joseph\motion.cmc.df.wpd